FILED

JUN 1 5 2017

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 17-mj-7052 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEPH LYNN PICKETT, ) | **FILED UNDER SEAL** |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Special Agent Vincent Pescitelli, United States Secret Service, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## THREAT AGAINST PRESIDENT OF THE UNITED STATES

On or about June 14, 2017 through June 15, 2017, in Madison County, within the Southern District of Illinois and elsewhere, the defendant, **JOSEPH LYNN PICKETT**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting on facebook.com:

So whats on my mind? Before I die I want our president and congress to sign a treaty to never side with Russia or any enemy of the United States of America! If one will then that person deserves to be shot. Guess what Trump? I'm waiting for the right time...and I KNOW your Putin's bitch! The secret service

now has a heads up as to my plan to assassinate Trump...let's see if they act!

Still waiting for Government action...honestly am I really going to have to kill trump before our fine Government (the jack booted thugs they are) actually takes me into custody for threatening to assassinate President Donald Trump? I mean he,sold our country to The Russians. He is a Benedict Arnold but hey the fucker is our President even though he needs a blade in his neck. And you dumb,asses who stick up for him...who's gonna protect you when someone like me comes t take you out?

All in violation of Section 871 of Title 18 of the United States Code.

I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the following facts:

## AFFIDAVIT

1. On June 15, 2017, Lowes employees Paula Dixon and Diane Martinez contacted the St. Louis field office of the United States Secret Service and indicated that Joseph Pickett had threatening messages against the President of the United States on his Facebook page.

2. Joseph Pickett had worked at Lowes in Granite City, Illinois until six to eight months ago when he was fired for making threats to a coworker.

3. According to the Lowes associates he had bragged about having weapons.

4. On June 15, 2017, a review of the Facebook page of Joseph Pickett revealed the

following posts:

 **Joe Pickett**
11 hrs · Edwardsville, IL ·

So whats on my mind? Before I die I want our president and congress to sign a treaty to never side with Russia or any enemy of the United States of America! If one will then that person deserves to be shot. Guess what Trump? I'm waiting for the right time...and I KNOW your Putin's bitch! The secret service now has a heads up as to my plan to assassinate Trump...let's see if they act!


**Joe Pickett**
Still waiting 🤣🤣🤣🤣
11 hours ago · Like · Reply · More


**Joe Pickett**
Waiting some more 🤣🤣🤣 top notch recruits the secret service hired I see 😃😃😃
11 hours ago · Like · Reply · More


**Joe Pickett**
Still waiting...no no third,Reich style knock on my door 😃😃🤣
11 hours ago · Like · Reply · More


**Joe Pickett**
I dont see any black SUV's pulling up my driveway and definitely no black helicopter... Also I'm still typing so I'm not a victim of a drone strike...yet 😃
11 hours ago · Like · Reply · More



**Joe Pickett**

Still waiting for Government action...honestly am I really going to have to kill trump before our fine Government (the jack booted thugs they are) actually takes me into custody for threatening to assassinate President Donald Trump? I mean he,sold our country to The Russians. He is a Benedict Arnold but hey the fucker is our President even though he needs a blade in his neck. And you dumb,asses who stick up for him...who's gonna protect you when someone like me comes t take you out?

11 hours ago · Like · Reply · More


**Joe Pickett**
Still not a victim of US sanctioned assassination of,an American citizen yet...even though we know they have done it before...

11 hours ago · Like · Reply · More


**Joe Pickett**
I gotta,say for the first time in my life I want the us military to overthrow our government and hold honest elections!

11 hours ago · Like · Reply · More


**Joe Pickett**
Still waiting.. Damn secret service is either slow or stupid... I bank on stupid 

By the,way Debbie... I just wanted to say fuck you! Well there you have it.. I said it..and by the way your a poor excuse for a human being.. Please call the Cops on me now so I have an,excuse to use my firepower .... AR 15, AK 47, s and w 40, Sig sauer 9 mm. Oh I'm so afraid of the police now..

5. Facebook records reveal that Joe Pickett has a Facebook page registered under the

vanity name of joe.pickett.9041 and the IP address utilized comes back to the Edwardsville, Illinois area within the Southern District of Illinois.

6. The above facts provide affiant probable cause to believe that on or about June 14, 2017 through June 15, 2017, in Madison County, within the Southern District of Illinois and elsewhere, the defendant, **JOSEPH LYNN PICKETT**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting on facebook.com.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Vincent Pescitelli
Special Agent, United States Secret Service

State of Illinois )
 ) SS.
County of St. Clair )

Sworn to before me, and subscribed in my presence on the 15th day of June, 2017, at East St. Louis, Illinois.

_____
STEPHEN C. WILLIAMS
United States Magistrate Judge

DONALD S. BOYCE
United States Attorney

NORMAN R. SMITH
Assistant United States Attorney