CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES [x] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below)

IN THE CASE OF: United States V.S. Joseph Lynn Pickett

FOR: Southern District of Illinois
AT: East St. Louis, Illinois

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Joseph Lynn Pickett

1 [x] Defendant—Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other

DOCKET NUMBERS
Magistrate: 17-mj-07052-SCW
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 18 USC Sec. 871
[x] Felony
[ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? [ ] Yes [x] No [ ] Am Self-Employed

Name and address of employer:

**IF YES,** how much do you earn per month? $

**IF NO,** give month and year of last employment: Feb. 2017
How much did you earn per month? $ 2,400.00

If married is your Spouse employed? [ ] Yes [ ] No

**IF YES,** how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [x] Yes [ ] No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| 780.00 | Food stamps |
| $ 3,200.00 | Support from father |

**CASH**

Have you any cash on hand or money in savings or checking accounts? [ ] Yes [x] No **IF YES,** state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [x] Yes [ ] No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| 8,000.00 | 2004 Dodge Dakota pickup truck |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
[x] SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Medical bills | $ 150,000 | $ — |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-16-17

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► [signature]