IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSEPH LYNN PICKETT,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER: 17-30103-DRH |

FILED

JUN 21 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

**THREAT AGAINST PRESIDENT OF THE UNITED STATES**

1. On or about June 14, 2017 through June 15, 2017, in Madison County, within the Southern District of Illinois and elsewhere,

**JOSEPH LYNN PICKETT,**

defendant herein, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, by posting on facebook.com:


Joe Pickett
11 hrs · Edwardsville, IL ·

So whats on my mind? Before I die I want our president and congress to sign a treaty to never side with Russia or any enemy of the United States of America! If one will then that person deserves to be shot. Guess what Trump? I'm waiting for the right time...and I KNOW your Putin's bitch! The secret service now has a heads up as to my plan to assassinate Trump...let's see if they act! 🤣

**Joe Pickett**
Still waiting 🤣🤣🤣🤣
11 hours ago · Like · Reply · More

**Joe Pickett**
Waiting some more 🤣🤣🤣 top notch recruits the secret service hired I see 😂😂😂
11 hours ago · Like · Reply · More

**Joe Pickett**
Still waiting...no no third,Reich style knock on my door 😂😂🤣
11 hours ago · Like · Reply · More

**Joe Pickett**
I dont see any black SUV's pulling up my driveway and definitely no black helicopter... Also I'm still typing so I'm not a victim of a drone strike...yet 😃
11 hours ago · Like · Reply · More

**Joe Pickett**
Still waiting for Government action...honestly am I really going to have to kill trump before our fine Government (the jack booted thugs they are) actually takes me into custody for threatening to assassinate President Donald Trump? I mean he,sold our country to The Russians. He is a Benedict Arnold but hey the fucker is our President even though he needs a blade in his neck. And you dumb,asses who stick up for him...who's gonna protect you when someone like me comes t take you out?
11 hours ago · Like · Reply · More

**Joe Pickett**
Still not a victim of US sanctioned assassination of,an American citizen yet...even though we know they have done it before...
11 hours ago · Like · Reply · More

**Joe Pickett**
I gotta,say for the first time in my life I want the us military to overthrow our government and hold honest elections!
11 hours ago · Like · Reply · More

**Joe Pickett**
Still waiting.. Damn secret service is either slow or stupid... I bank on stupid 🤣

> 3y the,way Debbie... I just wanted to say fuck
> 'ou! Well there you have it.. I said it..and
> )y the way your a poor excuse for a human
> )eing.. Please call the Cops on me now so I
> ıave an,excuse to use my firepower .... AR 15,
> \K 47, s and w 40, Sig sauer 9 mm. Oh I'm so
> ıfraid of the police now..🤣🤣🤣

2. On June 15, 2017, JOSEPH LYNN PICKETT indicated to Special Agents of the United States Secret Service that he had thoughts of hurting himself and others.

All in violation of Title 18, United States Code, Section 871.

**A TRUE BILL**

[redacted]

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: DETENTION.