# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Joseph Lynn Pickett<br>*Defendant(s)* | Case Number: 17-CR-30103-DRH |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Lynn Pickett ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Threat Against President of the United States in violation of 18:871

Date: June 21, 2017

[signature], Deputy Clerk
*Issuing officer's signature*

City and state: East St. Louis, Illinois

Justine Flanagan, Acting Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)